IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KAMESHIA PAIGE DAVIS<br><br>   v.<br><br>NATIONSTAR MORTGAGE, LLC;<br>NATIONSTAR MORTGAGE<br>HOLDINGS, INC. | CIVIL ACTION<br><br>NO. 15-CV-4944 |
|---|---|

## ORDER

And NOW, this 4th day of January, 2016, for the reasons stated in the foregoing Memorandum, upon consideration of Defendants' Motion to Dismiss Count Three (ECF 8) and Motion to Stay (ECF 9), and all responses and replies thereto, it is hereby **ORDERED** that:

1. The Motion to Dismiss is **GRANTED.** Count Three is dismissed with prejudice;

2. This case is **STAYED** pending further order of the Court;

3. Counsel for Plaintiff and Defendants shall meet and confer regarding what if any impact the Supreme Court's decision in Spokeo, Inc. v. Robins, No. 13-1339 has on this case once the Court issues a decision. Following the meet and confer, both sides shall be free to file any motions they see fit, including but not limited to motions to lift or extend the stay or motions to dismiss;

4. Plaintiff's counsel shall, within fourteen (14) days from the docketing of this Order, file a memorandum explaining why they alleged in the Amended Complaint that the mortgage issued was not a "purchase money mortgage" when the document clearly states that it is.

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, U.S.D.J.**